S. Belch, Superintendent of the Reform School of the State of Florida, Plaintiff in Error, v. Emma Manning, by Next Friend Fances Manning, Defendant in Error.

(Supreme Court of Florida, *En Banc,* November 20, 1907).

Writ of Error to Circuit Court, Jackson county; J. Emmet Wolfe, Judge.

C. L. Wilson, for plaintiff in error.

No appearance for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed on motion of counsel for plaintiff in error.

---

James Stelle, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, *En Banc,* October 29, 1907).

Writ of Error to Criminal Court of Record, Duval county; John S. Maxwell, Judge.

No appearance for plaintiff in error.

W. H. Ellis, Attorney General, for the state.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed on motion of counsel for defendant in error.